Matter of Flora v Doner (2024 NY Slip Op 03656)

Matter of Flora v Doner

2024 NY Slip Op 03656

Decided on July 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, GREENWOOD, AND NOWAK, JJ.

504 CAF 23-01709

[*1]IN THE MATTER OF THEODORE E. FLORA, III, PETITIONER-APPELLANT,
v
AMBER M. DONER, RESPONDENT-RESPONDENT. (APPEAL NO. 2.)

TODD G. MONAHAN, SCHENECTADY, FOR PETITIONER-APPELLANT.
BROWNLOW LAW OFFICE, P.C., ROCHESTER (WINSTON R. BROWNLOW OF COUNSEL), FOR RESPONDENT-RESPONDENT. 
PETER J. DIGIORGIO, JR., UTICA, ATTORNEY FOR THE CHILD.

Appeal from an order of the Family Court, Jefferson County (Eugene R. Renzi, A.J.), entered August 14, 2023, in a proceeding pursuant to Family Court Act article 6. The order dismissed the modification petition. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Matter of Doner v Flora ([appeal No. 1] — AD3d — [July 3, 2024] [4th Dept 2024]).
Entered: July 3, 2024
Ann Dillon Flynn
Clerk of the Court